UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CROCETTA M. BORGESE,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　-vs-<br><br>**CENTRAL CREDIT SERVICES, INC.,**<br><br>　　　　　　　　　　Defendant. | *Civil Action No. 10-CV-0125* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crocetta M. Borgese hereby voluntarily dismiss the present action against Defendant Central Credit Services, Inc., with prejudice, with each party bearing their own costs, expenses and attorney fees.

Date: May 7, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/Frank J. Borgese
　　　　　　　　　　　　　　　　　　　　　　　Frank J. Borgese, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Graham Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　1207 Delaware Ave., Suite 202
　　　　　　　　　　　　　　　　　　　　　　　Buffalo, New York 14209
　　　　　　　　　　　　　　　　　　　　　　　fborgese@grahamlawpc.com
　　　　　　　　　　　　　　　　　　　　　　　716.200.1520

Case 1:10-cv-00125-WMS   Document 5   Filed 05/07/10   Page 2 of 2